# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 496 MAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JOSE LUIS PERALTA, :
:
          Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.